UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN DOE 1, et al.,

    Plaintiffs,

v.

LIBERTY MUTUAL FIRE INS. CO.,

    Defendant.

: CIVIL ACTION NO. 3:18-CV-1513
:
: (JUDGE MARIANI)
: (Magistrate Judge Carlson)

## ORDER

AND NOW, THIS 13th DAY OF SEPTEMBER 2019, upon consideration of the Motion of Defendant, Liberty Mutual Fire Insurance Company, to Dismiss the Complaint (Doc. 6), the Magistrate Judge's R&R (Doc. 17) and all relevant documents, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 17) is **ADOPTED**;

2. The Motion of Defendant, Liberty Mutual Fire Insurance Company, to Dismiss the Complaint (Doc. 6) is **GRANTED**;

3. Defendant Liberty Mutual Fire Insurance Company does not have a duty to defend or indemnify the defendants N.H. or D.H. in the action filed by Plaintiffs on December 19, 2016, in the Court of Common Pleas of Monroe County filed to term number 16-CV-9198;

4. Plaintiffs' Declaratory Judgment Complaint (Doc. 2) is **DISMISSED WITH PREJUDICE**;

5. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge